No. 97-7762. LOMAX v. CITY OF JOPLIN, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97-7822. NARRON v. VANCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 97-7856. FRANQUI v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-7857. FRANQUI v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-8011. BRADFORD v. CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-8015. McDONALD v. NEVADA. C. A. 9th Cir. Certiorari denied.

No. 97-8027. SAYMAN v. NUSSBAUM ET AL. C. A. 8th Cir. Certiorari denied.

No. 97-8028. McBRIDE v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 97-8030. SIDDEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97-8034. REDD v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97-8036. MARK v. EVANS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97-8037. NICHOLS v. HOLT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97-8043. HUGHES v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 97-8048. HOFFMAN v. DAL BELLO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97-8056. JORDAN v. ROUSE ET AL. C. A. 7th Cir. Certiorari denied.